# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:21-CV-267

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APPROXIMATELY 548.22 POUNDS OF HEMP DETAINED FROM WE CBD, LLC ON NOVEMBER 8, 2020 AT CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | **STIPULATION TO WITHDRAW VERIFIED CLAIM** |

Claimant, We CBD, LLC ("We CBD") stipulates as follows:

1. On February 11, 2022, it filed its Verified Claim (Doc. No. 23) asserting an interest in the above-styled defendant property, to wit, 548.22 Pounds of Hemp Detained from We CBD on November 8, 2020 at Charlotte-Douglas International Airport (the "Hemp").

2. Approximately 16½ months have elapsed since the Hemp was seized.

3. Hemp has a shelf life, is a crop whose value diminishes over time, and is subject to changes in market value.

4. We CBD has determined that the remaining Hemp at issue's value has diminished so much over the past 16½ months, because of deterioration and decline in market value, that attorney fees and other costs associated with continuing to contest the forfeiture would far outweigh the value of the Hemp once recovered.

5. For this expense-based reason, and for this reason alone, We CBD hereby withdraws its Verified Claim (Doc. No. 23).

6. Nothing about this Stipulation or the withdrawal of We CBD's Verified Claim constitutes an admission by We CBD that the seizure was proper, that the government followed its own rules and agreements in seizing any hemp from We CBD, or that the Hemp did not have a substantial market value when seized.

7. Nothing in this Stipulation is intended to affect or act as a release of We CBD's rights and claims in any other litigation against any party, including the government, regarding the Hemp or the seizure on November 8, which rights and claims We CBD expressly reserves. However, We CBD does not intend to persist with any claims in this matter.

WHEREFORE, We CBD respectfully withdraws its Verified Claim and requests that it be dismissed as a party to this action.

Respectfully submitted this 23rd day of March 2022.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com

(980) 265-1700

*Counsel for We CBD, LLC*

# CERTIFICATE OF SERVICE

I certify that I have filed this **STIPULATION TO WITHDRAW VERIFIED CLAIM** through the Court's ECF system, which constitutes service on all parties.

J. Seth Johnson
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
seth.johnson@usdoj.gov

*Government Attorney Designated under Rule G(4)(b)(ii)(D)*

This the 23rd day of March 2022.

/s/ William R. Terpening
William R. Terpening