UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00267-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| APPROXIMATELY 548.22 POUNDS ) | |
| OF HEMP DETAINED FROM WE ) | |
| CBD, LLC ON NOVEMBER 8, 2020 ) | |
| AT CHARLOTTE-DOUGLAS ) | |
| INTERNATIONAL AIRPORT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default Judgment, (Doc. No. 27). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

IT IS HEREBY ORDERED that Judgment by Default is entered against all persons in the world not having a claim in this action as the following property: **Approximately 548.22 Pounds of Hemp detained from We CBD, LLC on November 8, 2020 at Charlotte-Douglas International Airport**.

IT IS SO ORDERED.

Signed: April 13, 2022

Frank D. Whitney
United States District Judge